Michael A. Gould, Esq. (SBN 151851)
Aarin A. Zeif (SBN 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 E. 17th Street, Suite 106
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

JS-6

Attorneys for Plaintiff,
Kyle Murrell

cc: order, remand letter,
docket to San Bernardino County
Superior Court, Rancho Cucamonga,
No. CIV RS 1201043

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MURRELL, an individual, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRAND HOME HOLDINGS INC.; and DOES 1 through 25,<br><br>Defendants. | CASE NO.: 5:12-cv-00393-ODW-SP<br><br>[Hon. Judge Otis D Wright, II]<br><br>[~~PROPOSED~~] ORDER RE REMAND TO STATE COURT<br><br>Filed: February 9, 2012<br>Trial: None Set |

---

1

[PROPOSED] ORDER RE REMAND TO STATE COURT

# [PROPOSED] ORDER

Based on the concurrently filed Parties' Joint Stipulation for Remand to State Court, and upon a finding of good cause, the Court ORDERS as follows:

(1) The amount in controversy cannot be satisfied under 28 U.S.C. § 1332(a) (diversity jurisdiction);

(2) This action is hereby remanded to San Bernardino County Superior Court in the State of California; and

(3) Each party will bear his or its own costs and attorney's fees related to the remand of the action.

Dated: 4-12-12

_____
Hon. Judge Otis D Wright, II
United States District Court Judge